# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 98-1029EA

_____

United States of America,       *

            *

           Appellee,       *     Appeal from the United States

            *     District Court for the Eastern

     v.                *     District of Arkansas.

            *

Shelton Earl Corley,         *          [UNPUBLISHED]

            *

           Appellant.      *

_____

Submitted:  June 16, 1998
Filed:  June 19, 1998

_____

Before FAGG, BEAM, and HANSEN, Circuit Judges.

_____

PER CURIAM.

Shelton Earl Corley appeals the district court's denial of Corley's motion to enforce his plea agreement.  Corley sought enforcement of the government's agreement to dismiss two weapons charges in exchange for Corley's guilty plea to a drug charge and his continuing cooperation.  Under a second plea agreement, however, the government dismissed the drug charge and the weapons charges.  We conclude Corley's appeal is mooted by the dismissal of the challenged charges and dismiss for lack of jurisdiction.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.